JAMES M. DAVIS, Individually and as a Stockholder of EXHIBITORS TRADE REVIEW, INC., and in Behalf of All Other Stockholders, Respondent, v. ADELBERT B. SWETLAND and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY B. DUANE, Respondent, v. GREGORY S. WOODFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to move at Special Term so as to secure a speedy trial of the action. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHARMA-CHEMICAL CORPORATION, Respondent, v. J. P. DEVINE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbur·ements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA JURENKOVA v. BERNARD MARGULIES.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL SILK IMPORTING COMPANY, INC., v. NAVIGAZIONE GENERALE ITALIANA. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT K. TAYLOR v. ANDREW D. MELOY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CO-OPTIMISTS, INC., v. METRO-GOLDWYN PICTURES CORPORATION and Another. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS J. WAGNER v. MARY WHITE, Individually, etc., and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. EDMOND WEIL.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMPIRE TRUST COMPANY v. ASSETS DEVELOPMENT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEDGEFIELD HOLDING CO., INC., a New York Corporation, v. 440 WEST END AVENUE CORPORATION and Another.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.